*Mr. Norman A. Bailie* for respondents.

No. 162. CLIFT & GOODRICH, INC. *v.* UNITED STATES. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Osmond K. Fraenkel* and *Joseph M. Hartfield* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Hayner D. Larson,* and *W. Marvin Smith* for the United States.

No. 164. CENTRAL RAILROAD COMPANY OF NEW JERSEY *v.* MILLER, ADMINISTRATRIX. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles E. Miller* for petitioner. *Mr. Sol Gelb* for respondent.

No. 165. SOUTHERN SURETY CO. ET AL. *v.* MACMILLAN Co. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. R. C. Allen, Ira J. Underwood,* and *Paul Pinson* for petitioners. *Mr. John Tomerlin* for respondent.

No. 167. N. O. NELSON MFG. CO. *v.* F. E. MYERS & BRO. CO. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. John L. Jackson* and *John A. Dienner* for petitioner. *Messrs. H. A. Toulmin* and *H. A. Toulmin, Jr.,* for respondent.